UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONDEVOO TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HTC AMERICA, INC.,<br><br>    Defendant. | C18-1625 TSZ |
| HAILO TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ANKER INNOVATIONS, LTD,<br><br>    Defendant. | C19-751 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) In each of these cases, the Court has received a corporate disclosure statement indicating that Red Dragon Innovations, LLC is plaintiff's parent company. Red Dragon Innovations, LLC is described as owned by two other limited liability companies, namely ALY Ventures, LLC and 2s Ventures, LLC. No information has been provided concerning the ownership of these limited liability companies, and the Court cannot make a determination concerning potential conflicts of interest. Plaintiff in each of these matters is DIRECTED to file, within fourteen (14) days of the date of this Minute Order, a revised corporate disclosure statement identifying the members of ALY Ventures, LLC and 2s Ventures, LLC, and if any of those members are limited liability companies, the members of such limited liability companies, and so forth.

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of June, 2019.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk