1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8
9
10
11

HAILO TECHNOLOGIES, LLC,

              Plaintiff,

    v.

ANKER INNOVATIONS LIMITED,

              Defendant.

C19-751 TSZ

MINUTE ORDER

12
13

       The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

14
15

       (1)     The parties' stipulated motion, docket no. 13, is GRANTED, and the deadline for defendant to file a responsive pleading or motion is EXTENDED to August 30, 2019.

16

       (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

17

       Dated this 1st day of August, 2019.

18
19

                          William M. McCool
                          Clerk

20

                          s/Karen Dews
                          Deputy Clerk

21
22
23